AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

UNITED STATES OF AMERICA

V.

SINA GHOLINEJAD
a/k/a "Sina Ghaaf"

RECEIVED
By USMS-E/NC at 2:39 pm, Apr 05, 2024

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 4:24-CR-16-M-BM

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**SINA GHOLINEJAD** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: __ Violation Notice __ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 371: Conspiracy to commit offense or to defraud the United States
Counts 2 and 4 - 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B) and 2: Damage to a protected computer used by an entity of the United States; and aiding and abetting
Counts 3 and 5 - 18 U.S.C. §§ 1030(a)(7)©, (c)(3)(A) and 2: Threatening to damage a protected computer; and aiding and abetting
Count 6 - 18 U.S.C. § 1349: Conspiracy to commit wire fraud
Count 7 - 18 U.S.C. § 1956(h): Money laundering conspiracy

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

APRIL 4, 2024 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

Raleigh Durham International Airport

| DATE RECEIVED 4/5/2024 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 1/10/2025 | Michael Nauert, Special Agent FBI | [signature] |

**FILED**

JAN 10 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK