UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:24-cr-00016-M-BM

| UNITED STATES OF AMERICA | ORDER |
|---|---|
| v. | |
| SINA GHOLINEJAD | |

This matter is before the Court on the defendant's Unopposed Motion to Move Mr. Gholinejad.

Upon good cause shown, it is hereby ORDERED that the United States Marshals Service shall move Mr. Gholinejad from Brunswick County Jail to New Hanover County Jail.

SO ORDERED.

This ____ day of February, 2025.

_____
RICHARD E. MYERS II
Chief United States District Court Judge