UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-cr-00016-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NOTICE OF APPEAL |
| SINA GHOLINEJAD | |

Pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, NOTICE IS HEREBY GIVEN that the Defendant, Sina Gholinejad, hereby appeals to the Fourth Circuit Court of Appeals from the judgment entered in this court in the above-captioned case. As judgment was entered by the Honorable Judge Richard E. Myers II on November 5, 2025, this notice is therefore filed within the time specification established in Rule 4(b)

Respectfully requested this 6th day of November, 2025.

G. ALAN DUBOIS
Federal Public Defender

/s/ Diana H. Pereira
DIANA H. PEREIRA
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Diana_Pereira@fd.org
N.C. State Bar No. 32615
LR 57.1 Counsel Appointed

1

<u>*CERTIFICATE OF SERVICE*</u>

I HEREBY CERTIFY that a copy of the foregoing was served upon:

BRADFORD M. DEVOE
U.S. Attorney's Office - EDNC
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Email: bradford.devoe@usdoj.gov

By electronically filing the foregoing with the Clerk of Court on November 6, 2025, using the CM/ECF system which will send notification of such filing to the above.

This 6th day of November, 2025.

<div style="margin-left:45%">

<u>/s/ Diana H. Pereira</u>
DIANA H. PEREIRA
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone:  919-856-4236
Fax:  919-856-4477
E-mail:  Diana_Pereira@fd.org
N.C. State Bar No. 32615
LR 57.1 Counsel Appointed

</div>